■ CHARLES BROOKS, Respondent, v CHILDREN'S HOSPITAL OF BUFFALO, Defendant and Third-Party Plaintiff-Respondent. A.A.C. CONTRACTING, INC., Third-Party Defendant-Appellant. —Order unanimously affirmed without costs for reasons stated

in decision at Supreme Court, Fallon, J. (Appeal from Order of Supreme Court, Erie County, Fallon, J.—Summary Judgment.) Present—Denman, P. J., Boomer, Pine, Balio and Boehm, JJ.